Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_____ District of **OREgon**

**Medford** Division

Plaintiff: **Padra Utgaard**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Defendant(s): **Dynalectric-v- Luis Sanders, Brandon Boyes, Dynaelectric, Emcor Group Inc.**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **1:23-CV-01264-CL**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: **Padra Utgaard**
Street Address: **VA SORCC**
City and County: **8495 Crater Lake Hwy**
State and Zip Code: **White City, OR 97503**
Telephone Number: **541-826-2769 Ext 5031**
E-mail Address: **padra46@gmail.com**

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name: Luis Sanders
    Job or Title (if known): Foreman
    Street Address: Contact info unknown
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2

    Name: Brandon Boyes
    Job or Title (if known): General Foreman
    Street Address: Contact Info. Unknown
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: Dynaelectric
    Job or Title (if known): multiple addresses
    Street Address: 401 Urban Ind. Way | 2225 NW 20th Ave
    City and County: E. Wenatchee\Douglas | Portland, OR 97209
    State and Zip Code: WA 98802 | (503) 226-6771
    Telephone Number: (360) 722-6371
    E-mail Address (if known): dynaelectric.com | dynaelectric.com

Defendant No. 4

    Name: Emcor Group Inc.
    Job or Title (if known): multiple addresses
    Street Address: 2225 NW 20th Ave | 301 Merritt Seven
    City and County: Portland, OR 97209 | Norwalk\Litchfield,
    State and Zip Code: (866) 890-7194 | Connecticut, 06851
    Telephone Number: emcor_info@emcor.net | (833) 709-5500
    E-mail Address (if known): emcor_info@emcor.net

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: Dynaelectric
Street Address: 901 Urban Industrial Way
City and County: East Wenatchee, Douglas
State and Zip Code: WA 98802
Telephone Number: (360) 722-6871

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

 Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

 Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

 Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment. **on job injury**
- ☒ Retaliation.
- ☒ Other acts *(specify)*: **Unlawful violations of payroll**

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **June 27th thru July 1st 2022**

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☒ gender/sex
- ☐ religion
- ☐ national origin
- ☒ age *(year of birth)* **1961**  *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attachment

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

05/24/2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 06/01/23

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*see attachment*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 Aug 23

Signature of Plaintiff: P. Utgaard

Printed Name of Plaintiff: Padra Utgaard

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**McWain, Kimberly (White City/VISN20)**

| | |
|---|---|
| From: | Padra Utgaard <padra46@icloud.com> |
| Sent: | Tuesday, August 29, 2023 5:45 AM |
| To: | McWain, Kimberly (White City/VISN20) |
| Subject: | [EXTERNAL] FACTS OF THE CASE |

FACTS OF THE CASE

As a member of the International Brotherhood of Electrical Workers (IBEW) since October 17, 1994, as well as a state licensed Journeyman Wireman since August 1999 in Washington, I was dispatched from IBEW Local Union 191 from Wenatchee Washington for employment with EMCOR subsidiary Dynalectric on May 12, 2022. Almost immediately upon hire the nightmare ensued. Not only was this a short but indelible experiance triggering my PTSD (related to active duty military service) because of the sexist and ageist remarks from supervision and coworkers, but it proved to be a direct violation of my personal rights, safety and dignity. I also endured retaliation, an on the job personal injury from a safety hazard, I also suffered from direct violations (per payroll policy) of my pay.

Immediately after beginning my position I began to notice many safety hazards. On about June 20, 2022 a labor saving device was removed from our use by general foreman Boyes and foreman Sanders.

On June 22, 2022 I asked the foreman about a safety concern regarding lugs which was disregarded. On June 24, 2022 I was directed to work using broken and hazardous equipment, even after informing the foreman repeatedly of a particular jack stands unserviceability. This same foreman ignored my concerns and protocol, creating additional hazards which ultimately led to the injury of my wrist, the very same day.

I did not report the injury to my supervisor until June 27, 2022 as I was hoping the injury would resolve on its own as I was already in fear of my job security and after reporting the incident, my fear became my reality.

On June 27, 2022 I reported my injury to the foreman as well as to the EMCOR/ Dynalectric safety personal. I was not instructed to seek medical attention despite voicing my need to do so. On June 28, 2022 I stayed home in an attempt to allow my wrist the chance to rest.

On June 29, 2022 I returned to work and despite my injury I was able to complete the task assigned. Yet this job was handed over to two material handlers by the yard foreman. I was then asked to go into a corner with the foreman Sanders, at which time I asked for union representation. I made phone calls to the steward and IBEW 191, who told me no steward was available. The union representative on the phone, named Gill, told me to politely ask for work to finish out the day. On June 30, 2022 comments were made regarding my age and I was told that I was too slow. At that time I was presented with a write-up by foreman Sanders and IBEW representative Perez of which I refused to sign. Prior to this attempt to injure my personal file, I had not been verbally counseled or written up for reason.

Upon reporting to work on July 1, 2022 I asked to be see the Medic to examine my injury. Being tasked with inventory and heavy lifting only aggravated the injury and I felt I needed to seek medical attention. While I was a the Medic's trailor, I wanted (and asked) if I could get my phone to refer to particular dates and notes I had taken regarding the last several days. This request was denied and I was told I could not leave the trailor until I had completed the assigned paper work. As there was no calendar and the days of the week became lost, this resulted in the wrong injury date being imposed by EMCOR/ Dynalectric safety personnel.

On July 1, 2022, just before 11 am and on the same day as seeing the medic, I was rapidly approached by general foreman Boyes, foreman Sanders and a third person I did not recognize, of which presented me with a layoff.

Exhibit 1 page 1

1

In addition to the above mentioned I also experienced several payroll violations. In July 2022 I received a check of which I assumed was another payroll error being corrected. In a 2023 complaint to the NLRB, EMCOR/ Dynalectric declared that check was payment in full for penalties due from the breach of the Project Labor Agreement (PLA) rules while having no conversation with me or including paperwork with said check indicating that is what it was.

The belief the last check was a payroll error is logical as so many errors were made. For example, a pay raise was due June 1, 2022. Payroll clerk Karly Smith did not include this raise for pay period ending June 5th. So she printed a second check for ten (10) hours, eight (8) straight and two (2) time and a half. Also, when I got replacement checks deductions were taken again and sick time was added again. This check, like all the checks I received, had to be returned as non-negotiable.

Written into the PLA, Article XX are rules specific to pay. I received a check June 1, 2022 that could not be deposited by phone or ATM, it could not be cashed at Walmart, Fred Meyers, local banks or check cashing place. None of the checks were written on a local bank and Bank of America checks could not be cashed anywhere. I did not receive a replacement for the June 1st check until June 8, late in the day, According to the PLA I was due four (4) hours of straight time pay for each day or portion there of it was late. I was told by EMCOR/ Dynalectric payroll, foreman and by shop steward to get a local account, like I was the problem.

For hours after work I sought to cash the June 1 paycheck. I ended up having to borrow money for gas to get to work, money owed the first of the month could not be paid. Payroll clerk Karly Smith, who told me to get a bank account, that she had never received a paper check, also demonstrated no concern for contract obligations or for my needing money I earned to be paid to me on time or that bills are due the first of the month.

I filed grievances for payroll violations of the PLA contract on Tuesday June 14, 2022.
I was moved from the main job site to the remote site Wednesday June 15, 2022 where general foreman Boyes and foreman Sanders became my bosses.


Sent from my iPad

2

Exhibit 1 page 2

## McWain, Kimberly (White City/VISN20)

**From:** Padra Utgaard <padra46@icloud.com>
**Sent:** Tuesday, August 29, 2023 5:44 AM
**To:** McWain, Kimberly (White City/VISN20)
**Subject:** [EXTERNAL] DAMAGES

**DAMAGES**

$10,000 for violations of payroll per PLA

Attorney fees and court costs

### THE MATH for compensatory damages for loss of work and injury

2023 hourly wage and benefits for IBEW 191:
WAGE $ 57.35
PENSIOIN $ 5.27
H&W $ 10.25
NEBF 3%

Working 60/60/60 which is 10 hour days plus 8 on Saturdays for 2 weeks getting Saturdays off every third week.

72.87 + .03 % NEBF = $ 75.05 earnings per hour

$75.05 X 40 hours X 52 weeks = $ 156,104
$75.05 X 1.5 overtime X 10 hours X 52 weeks $ 58,539
$75.05 X 1.5 X 8 X ((52 weeks/3) X 2) = $ 31,220

**(40 hour + 18 hour overtime per week) per year= $ 245,863**
is the calculated loss of income for one year from
wage and benefits package for IBEW 191 in 2023
**Working 60/60/50**

DOUBLE $ 491,727
TRIPLE DAMAGES $ 737,591
TRIPLE DAMAGES FOR FIVE YEARS $ 3,687,945

### PLAINTIFFS $17,456,328

**EMCOR $ 7,375,890**
COMPENSATORY DAMAGES FOR LOSS OF WORK $ 3,687,957
COMPENSATORY DAMAGES FOR INJURY $ 3,687,957
GENERAL DAMAGES $ compensate LNI WA
PUNITIVE DAMAGES FOR LOSS OF WORK $ ?

1

*Exhibit 2 page 1*

PUNITIVE DAMAGES FOR INJURY $ ?

Compensatory damages for loss of work tripled for parenting a culture that allowed the tactics used on me and that have caused me to leave the work force.
Compensatory damages for injury tripled and for 5 years for parenting a culture that allowed the tactics used on me to cause bodily harm.

### Dynalectric $ 7,375,890

COMPENSATORY DAMAGES FOR LOSS OF WORK $ 3,687,957
COMPENSATORY DAMAGES FOR INJURY $ 3,687,957
GENERAL DAMAGES $ compensate LNI WA
PUNITIVE DAMAGES FOR LOSS OF WORK $ ?
PUNITIVE DAMAGES FOR INJURY $ Restrict bids work using federal moneys.

Compensatory damages for loss of work tripled and for 5 years as I am leaving the work force prematurely, a direct result of treatment suffered as an employee.
Compensatory damages for injury tripled and for 5 years for fostering a work culture that repeatedly created and imposed hazardous situations for me and my apprentice, ultimately causing me to become injured.

These foremen need to bear financially responsibility as they were active and willing in causing harm to me.

### General Foreman Bradon Boyes $1,475,182

COMPENSATORY DAMAGES FOR LOSS OF WORK $ 737,591
COMPENSATORY DAMAGES FOR INJURY $ 737,591
GENERAL DAMAGES $
PUNITIVE DAMAGES FOR LOSS OF WORK $ ?
PUNITIVE DAMAGES FOR INJURY $ ?

Compensatory damages for loss of work tripled as this is the person most directly accountable for the treatment doled out causing a loss of income.
Compensatory damages for injury tripled as he was in charge and responsible for the one who is the cause of my injury.

### Foreman Luis Sanders $1,229,318

COMPENSATORY DAMAGES FOR LOSS OF WORK $ 491,727
COMPENSATORY DAMAGES FOR INJURY $ 737,591
GENERAL DAMAGES $
PUNITIVE DAMAGES FOR LOSS OF WORK $ ?
PUNITIVE DAMAGES FOR INJURY $ ?

Compensatory damages for loss of work doubled as this man, with the support of supervision, repeatedly denied fair treatment, isolated me, harassed me and enforced the maltreatment sought by his direct boss and by management.

Compensatory damages for injury tripled as this man, with the support of supervision, repeatedly put me into hazardous situations and bears the ultimate responsibility for creating the hazardous situations that led to my injury.

Exhibit 2 page 2

2