IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**PADRA UTGAARD**,

    Plaintiff,

v.

**LUIS SANCHEZ** *aka* **LUIS SANDERS** *aka* **LUIS SANDER**, **BRADEN BOYES**, and **DYNALECTRIC COMPANY**,

    Defendants.

**Civ. No. 1:23-cv-01264-CL**

**ORDER**

**MCSHANE, Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 39), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court will review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes that the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 39) is adopted in full. Defendants' Motion to Dismiss (ECF No. 31) is GRANTED.

    IT IS SO ORDERED.

    DATED this 27th day of June, 2024.

                                _____/s/ Michael J. McShane_____
                                            Michael McShane
                                         United States District Judge