# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**PADRA UTGAARD**,

    Plaintiff,

  v.

**LUIS SANCHEZ** *aka* **LUIS SANDERS** *aka* **LUIS SANDER**, **BRADEN BOYES**, and **DYNALECTRIC COMPANY**,

    Defendants.

**Civ. No. 1:23-cv-01264-CL**

**JUDGMENT**

**MCSHANE, Judge:**

    Based on the record, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

    DATED this 27th day of June, 2024.

                                       /s/ Michael J. McShane  
                                            Michael McShane  
                                         United States District Judge